UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANIKA R. RIECKBORN

          Plaintiff(s),

v.

VELTI PLC, et al.

          Defendant(s).

Case No: 3:13-cv-03889

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Robert B. Weiser, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Bobby Yadegar in the above-entitled action. My local co-counsel in this case is Kathleen A. Herkenhoff, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| The Weiser Law Firm, P.C.<br>22 Cassatt Avenue, Berwyn, PA 19312 | 12707 High Bluff Drive, Suite 200<br>San Diego, CA 92130 |
| MY TELEPHONE # OF RECORD:<br>(610) 225-2677 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(858) 794-1441 |
| MY EMAIL ADDRESS OF RECORD:<br>rw@weiserlawfirm.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>kah@weiserlawfirm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 81575.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/21/13

                                                          Robert B. Weiser
                                                          APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Robert B. Weiser is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 23, 2013

                                            UNITED STATES MAGISTRATE JUDGE

[Stamp: GRANTED — Judge William H. Orrick — United States District Court Northern District of California — October 2012]