| | |
|---|---|
| 1 | THE WEISER LAW FIRM, P.C. |
| | KATHLEEN A. HERKENHOFF (168562) |
| 2 | 12707 High Bluff Drive, Suite 200 |
| | San Diego, CA 92130 |
| 3 | Telephone: (858) 794-1441 |
| | Facsimile: (858) 794-1450 |
| 4 | kah@weiserlawfirm.com |
| 5 | |
| | Attorneys for Movant Bobby Yadegar |
| 6 | and Proposed Lead Counsel |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIKA R. RIECKBORN, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:13-cv-03889-WHO |
| | MOVANT BOBBY YADEGAR'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| Plaintiff, | |
| vs. | Date Action Filed: 8/22/13 |
| VELTI PLC, ALEX MOUKAS, WILSON W. CHEUNG, and JEFFREY G. ROSS, | |
| Defendants. | |
| CHRIS VAFINIS, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:13-cv-03954-YGR |
| | Date Action Filed: 8/26/13 |
| Plaintiff, | |
| vs. | |
| VELTI PLC, ALEX MOUKAS, WILSON W. CHEUNG, and JEFFREY G. ROSS, | |
| Defendants. | |

[Caption continued on following page.]

| | |
|---|---|
| HAN LEE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> VELTI PLC, ALEX MOUKAS, WILSON W. CHEUNG, and JEFFREY G. ROSS, <br><br> Defendants. | Case No. 3:13-cv-04140-SI <br><br> Date Action Filed: 9/6/13 |
| RAYMUND MANABAT, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> VELTI PLC, ALEX MOUKAS, WILSON W. CHEUNG, JEFFREY G. ROSS, WINNIE W. TSO, CHRIS KASKAVELIS, DAVID W. MANN, DAVID C. HOBLEY, JERRY GOLDSTEIN, NICHOLAS P. NEGROPONTE, JEFFERIES & COMPANY, INC., RBC CAPITAL MARKETS, LLC, NEEDHAM & COMPANY, LLC, CANACCORD GENUITY INC., and THINKEQUITY LLC, <br><br> Defendants. | Case No. 3:13-cv-04606-JSC <br><br> Action Filed: 10/4/13 |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that, in addition to Movant Bobby Yadegar ("Movant") and the parties to the above-captioned actions (the "Actions"), the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities may have a financial or equitable interest in the subject matter in controversy:

**Y-gar Capital LLC:** Y-gar Capital LLC is an entity over which Movant exercises control.

**Zybr Holdings LLC:** Zybr Holdings LLC is an entity over which Movant exercises control.

**Arash D. Yadegar:**   Arash D. Yadegar is a familial relative of Movant.

**Shahla Yadegar:**  Shahla Yadegar is a familial relative of Movant.

Y-gar Capital LLC, Zybr Holdings LLC, Arash D. Yadegar and Shahla Yadegar are listed on Movant's Certification, filed October 21, 2013, as Exhibit A to the Declaration of Kathleen A. Herkenhoff in Support of Movant Bobby Yadegar's Motion for an Order Granting Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Yadegar's Selection of Lead Counsel.

DATED:  October  23, 2013

THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF (168562)


s/ KATHLEEN A. HERKENHOFF
KATHLEEN A. HERKENHOFF

12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone:  (858) 794-1441
Facsimile:  (858) 794-1450
kah@weiserlawfirm.com

MOVANT BOBBY YADEGAR'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:13-CV-03889-WHO

- 1 -

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER (*pro hac vice* pending)[1]
JOSEPH M. PROFY    (*pro hac vice* pending)
CHRISTOPHER L. NELSON (*pro hac vice* pending)
22 Cassatt Avenue, First Floor
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile:  (610) 408-8062

*Attorneys for Movant Bobby Yadegar and Proposed Lead Counsel*

---

[1] The *pro hac vice* applications of Robert B. Weiser, Joseph M. Profy and Christopher L. Nelson are pending in Case No. 3:13-cv-03889-WHO.

MOVANT BOBBY YADEGAR'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:13-CV-03889-WHO

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 23, 2013.

s/ KATHLEEN A. HERKENHOFF
KATHLEEN A. HERKENHOFF

THE WEISER LAW FIRM, P.C.
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: 858/794-1441
Facsimile: 858/794-1450

Email: kah@weiserlawfirm.com

MOVANT BOBBY YADEGAR'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:13-CV-03889-WHO

- 3 -

# Mailing Information for a Case 3:13-cv-03889-WHO

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Donald A. Broggi**
  dbroi@scott-scott.com

- **Joseph Daniel Cohen**
  jcohen@scott-scott.com

- **Hal Davis Cunningham**
  hcunningham@scott-scott.com,efile@scott-scott.com

- **Lionel Z. Glancy**
  info@glancylaw.com,lboyarsky@glancylaw.com,lglancy@glancylaw.com

- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com,csadler@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com

- **Kathleen Ann Herkenhoff**
  kah@weiserlawfirm.com,jmf@weiserlawfirm.com,hl@weiserlawfirm.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Christopher Leigh Nelson**
  cln@weiserlawfirm.com

- **Joseph Mark Profy**
  jmp@weiserlawfirm.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,mmgoldberg@glancylaw.com

- **Mark Punzalan**
  markp@punzalanlaw.com,office@punzalanlaw.com

- **Brian J. Robbins**
  notice@robbinsarroyo.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Casey Edwards Sadler**
  csadler@glancylaw.com

- **Evan Jason Smith**
  esmith@brodsky-smith.com

- **Jon A Tostrud**
  jtostrud@tostrudlaw.com,acarter@tostrudlaw.com

- **Robert Brian Weiser**
  rw@weiserlawfirm.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)