# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Rieckborn,<br><br>                Plaintiff(s),<br><br>   v.<br><br>Velti plc,<br><br>                Defendant(s). | 13-03889 WHO<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---
**Notice Re: Noncompliance With Court Order**
13-03889 WHO                    -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: November 13, 2013

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Program Administrator
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
13-03889 WHO                                          -2-

**PROOF OF SERVICE**

Case Name:  Rieckborn v. Velti plc

Case Number:     13-03889 WHO

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

>ADR Program
>United States District Court
>Norther District of California
>450 Golden Gate Avenue Floor 16
>San Francisco, CA 94102

On November 13, 2013, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>Lionel Z. Glancy
>Glancy Binkow & Goldberg LLP
>1925 Century Park East
>Suite 2100
>Los Angeles, CA 90067-2722
>info@glancylaw.com
>
>Michael M. Goldberg
>Glancy  Binkow & Goldberg LLP
>1925 Century Park East
>Suite 2100
>Los Angeles, CA 90067
>mmgoldberg@glancylaw.com
>
>Robert Vincent Prongay
>Glancy Binkow & Goldberg LLP
>1925 Century Park East
>Suite 2100
>Los Angeles, CA 90067
>rprongay@glancylaw.com
>
>Casey Edwards Sadler
>Glancy Binkow & Goldberg LLP

1925 Century Park East
Suite 2100
Los Angeles, CA 90067
csadler@glancylaw.com

Joseph P. Guglielmo
Scott & Scott LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
jguglielmo@scott-scott.com

Donald A. Broggi
Scott & Scott LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
dbroi@scott-scott.com

Joseph Daniel Cohen
Scott + Scott LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
jcohen@scott-scott.com

Boris Feldman
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
A Professional Corporation
Palo Alto, CA 94304-1050
ncarvalho@wsgr.com

Cynthia A. Dy
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
A Professional Corporation
Palo Alto, CA 94304-1050
cdy@wsgr.com

Diane Marie Walters
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
A Professional Corporation
Palo Alto, CA 94304
dwalters@wsgr.com

Brock Dahl
Wilson Sonsini Goodrich & Rosati PC
650 Page Mill Road
Palo Alto, CA 93404-1050
bdahl@wsgr.com

Alex Moukas
,

Wilson W. Cheung
,

Jeffrey G. Ross
,

Kathleen Ann Herkenhoff
The Weiser Law Firm P.C.
12707High Bluff Drive
Suite 200
San Diego, CA 92130
kah@weiserlawfirm.com

Christopher Leigh Nelson
The Weiser Lawfirm, P.C.
22 Cassatt Avenue
First Floor
Berwyn, PA 19312
cln@weiserlawfirm.com

Robert Brian Weiser
The Weiser Law Firm, P.C.
22 Cassatt Avenue
Berwyn, PA 19312
rw@weiserlawfirm.com

Joseph Mark Profy
The Weiser Law Firm, P.C.
22 Cassatt Avenue
First Floor
Berwyn, PA 19312
jmp@weiserlawfirm.com

Mark Punzalan
Punzalan Law, P.C.
600 Allerton St., Suite 201
Redwood City, CA 94063

markp@punzalanlaw.com

Danielle Suzanne Myers
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
dmyers@rgrdlaw.com

Darren Jay Robbins
Robbins Geller Rudman & Dowd  LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
e_file_sd@rgrdlaw.com

Shawn A. Williams
Robbins Geller Rudman & Dowd  LLP
One Montgomery Street
Suite 1800
Post Montgomery Center
San Francisco, CA 94104
shawnw@rgrdlaw.com

Evan Jason Smith
Brodsky & Smith LLC
Two Bala Plaza
Suite 602
Bala Cynwyd, PA 19004
esmith@brodsky-smith.com

Nicole Catherine Lavallee
Berman DeValerio
One California Street, Suite 900
San Francisco, CA 94111
nlavallee@bermandevalerio.com

Jon A Tostrud
Tostrud Law Group, P.C.
1925 Century Park East
Suite 2125
Los Angeles, CA 90067
jtostrud@tostrudlaw.com

Brian J. Robbins
Robbins Arroyo LLP

600 B Street, Suite 1900
San Diego, CA 92101-3350
notice@robbinsarroyo.com

Hal Davis Cunningham
Scott + Scott LLP
600 B Street
Suite 1500
San Diego, CA 92101
hcunningham@scott-scott.com

Reed R. Kathrein
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
reed@hbsslaw.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 13, 2013 in San Francisco, California.

                                      RICHARD W. WIEKING
                                      Clerk
                                      by:    Timothy J. Smagacz

ADR Program Administrator
415-522-4205
Tim_Smagacz@cand.uscourts.gov