BORIS FELDMAN, State Bar No. 128838
Email: boris.feldman@wsgr.com
CYNTHIA DY, State Bar No. 172761
Email: cdy@wsgr.com
DIANE M. WALTERS, State Bar No. 148136
Email: dwalters@wsgr.com
BROCK DAHL, State Bar No. 281202
Email: bdahl@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Attorneys for Defendant Velti plc*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIKA R. RIECKBORN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VELTI PLC, ALEX MOUKAS, WILSON W. CHEUNG, and JEFFREY G. ROSS,<br><br>Defendants. | CASE NO.: 3:13-cv-03889-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>This Document Relates to:<br>Case No.: 3:13-cv-03889-WHO,<br>*Rieckborn v. Velti plc, et al.* |
| CHRIS VAFINIS, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VELTI PLC, ALEX MOUKAS, WILSON W. CHEUNG, and JEFFREY G. ROSS,<br><br>Defendants. | CASE NO.: 4:13-cv-03954-YGR |

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE INITIAL CMC,
Case No. 3:13-cv-3889-WHO

| | | |
|---|---|---|
| 1 | | |
| 2 | HAN LEE, Individually and On Behalf of All Others Similarly Situated, | CASE NO.: 3:13-cv-04140-SI |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | VELTI PLC, ALEX MOUKAS, WILSON W. CHEUNG, and JEFFREY G. ROSS, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | | |
| 9 | RAYMUND MANABAT, Individually and On Behalf of All Others Similarly Situated, | CASE NO.: 3:13-cv-04606-JSC |
| 10 | | |
| 11 | Plaintiff, | |
| 12 | v. | |
| 13 | VELTI PLC, ALEX MOUKAS, WILSON W. CHEUNG, JEFFREY G. ROSS, WINNIE W. TSO, CHRIS KASKAVELIS, DAVID W. MANN, DAVID C. HOBLEY, JERRY GOLDSTEIN, NICHOLAS P. NEGROPONTE, JEFFERIES & COMPANY, INC., RBC CAPITAL MARKETS, LLC, NEEDHAM & COMPANY, LLC, CANACCORD GENUITY INC., and THINKEQUITY LLC, | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |
| 19 | | |

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE INITIAL CMC,
Case No. 3:13-cv-3889-WHO

1  WHEREAS, on August 22, 2013, plaintiff Anika R. Rieckborn ("Plaintiff") filed a "Class Action Complaint for Violations of the Federal Securities Laws," and the above-captioned *Rieckborn* Action was assigned to this Court;

2  WHEREAS, on August 26, 2013, plaintiff Chris Vafinis filed a "Class Action Complaint for Violations of the Federal Securities Laws," and the above-captioned *Vafinis* Action was assigned to Judge Yvonne Gonzalez Rogers;

3  WHEREAS, on September 6, 2013, plaintiff Han Lee filed a "Class Action Complaint for Violations of the Federal Securities Laws," and the above-captioned *Lee* Action was assigned to Judge Susan Illston;

4  WHEREAS, on October 4, 2013, plaintiff Raymund Manabat filed a "Class Action Complaint for Violations of the Federal Securities Laws," and the above-captioned *Manabat* Action was assigned to Magistrate Judge Jacqueline Scott Corley;

5  WHEREAS, on October 21, 2013, various movants filed motions to consolidate the above-captioned *Rieckborn*, *Vafinis*, *Lee*, and *Manabat* Actions, to appoint a Lead Plaintiff pursuant to the requirements of the Private Securities Litigation Reform Act of 1995 (the "Reform Act"), and to approve the selection of Lead Counsel (the "Consolidation Motions");

6  WHEREAS, a hearing on the Consolidation Motions is scheduled before the Court on November 27, 2013;

7  WHEREAS, an Initial Case Management Conference in the above-captioned *Rieckborn* Action is scheduled for November 26, 2013 at 2:00 p.m., and a Joint Case Management Statement is due to be filed by November 19, 2013;

8  WHEREAS, in light of the pending Consolidation Motions and the requirements of the Reform Act, and to avoid unnecessary expenditure of judicial resources or effort by the parties and the Court, counsel for Plaintiff and Defendant Velti have agreed, subject to approval of the Court, that: (1) the November 26, 2013 Initial Case Management Conference ("CMC") and related CMC and ADR deadlines in the *Rieckborn* Action shall be adjourned pending a determination on consolidation and the appointment of a Lead Plaintiff; and (2) Defendant need

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE INITIAL CMC,
Case No. 3:13-cv-3889-WHO

1 not respond to the individual complaint in the *Rieckborn* Action, other than a consolidated complaint or a complaint designated as the operative complaint after the appointment of a Lead Plaintiff; and

WHEREAS, the requested continuances are not for the purpose of delay and will not prejudice any party.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court:

1. The November 26, 2013 Initial Case Management Conference and related CMC and ADR deadlines in the *Rieckborn* Action are hereby adjourned, pending a determination on consolidation and the appointment of a Lead Plaintiff, to such other date and time as this Court shall order.

2. Defendant is not required to respond to the individual complaint in the *Rieckborn* Action, other than a consolidated complaint or a complaint designated as the operative complaint after the appointment of a Lead Plaintiff.

Dated: November 13, 2013                Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811


By: /s/   Diane M. Walters
        Diane M. Walters

*Attorneys for Defendant Velti plc*

| | | |
|---|---|---|
| 1 | Dated: November 13, 2013 | GLANCY BINKOW & GOLDBERG LLP |
| 2 | | |
| 3 | | By: /s/   Casey E. Sadler<br>Casey E. Sadler |
| 4 | | Lionel Z. Glancy |
| 5 | | Michael Goldberg<br>Robert V. Prongay |
| 6 | | Casey E. Sadler<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067 |
| 7 | | Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160 |
| 8 | | Email:      info@glancylaw.com |
| 9 | | lglancy@glancylaw.com<br>mmgoldberg@glancylaw.com<br>rprongay@glancylaw.com |
| 10 | | csadler@glancylaw.com |
| 11 | | SCOTT+SCOTT LLP<br>Joseph P. Guglielmo |
| 12 | | Donald A. Broggi<br>Joseph D. Cohen |
| 13 | | The Chrysler Building<br>405 Lexington Avenue 40th Floor |
| 14 | | New York, NY 10174<br>Telephone: (212) 223-6444 |
| 15 | | Facsimile: (212) 223-6334 |
| 16 | | - and – |
| 17 | | David R. Scott<br>156 South Main Street, P.O. Box 192 |
| 18 | | Colchester, CT 06415<br>Telephone: (860) 537-5537 |
| 19 | | Facsimile: (860) 537-4432<br>drscott@scott-scott.com |
| 20 | | |
| 21 | | LAW OFFICES OF HOWARD G. SMITH<br>Howard G. Smith |
| 22 | | 3070 Bristol Pike, Suite 112<br>Bensalem, PA 19020 |
| 23 | | Telephone: (215) 638-4847<br>Facsimile: (215) 638-4867 |
| 24 | | *Attorneys for Plaintiff Anika R. Rieckborn* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE INITIAL CMC,
Case No. 3:13-cv-3889-WHO

**ORDER**

Upon stipulation of the parties, and good cause appearing:

IT IS SO ORDERED.

Dated: _____

_____
The Honorable William H. Orrick
United States District Judge