Christopher T. Heffelfinger (SBN 118058)
Nicole Lavallee (SBN 165755)
Anthony D. Phillips (SBN 259688)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6282
Email: cheffelfinger@bermandevalerio.com
nlavallee@bermandevalerio.com
aphillips@bermandevalerio.com

*Proposed Co-Lead Counsel for the Class and Co-Counsel for Proposed Lead Plaintiff the Public Pension Funds*

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIKA R. RIECKBORN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VELTI PLC, ALEX MOUKAS, WILSON W. CHEUNG, and JEFFREY G. ROSS,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No. 3:13-cv-03889-WHO<br><br>**NOTICE OF APPEARANCE OF ANTHONY D. PHILLIPS**<br><br>Dept.: Courtroom 2, 17th Floor<br>Judge: Honorable William H. Orrick<br>Complaint Filed: August 22, 2013 |

*Caption Continued on Next Page*

[3:13-cv-03889-WHO]  NOTICE OF APPEARANCE OF ANTHONY D. PHILLIPS

| | |
|---|---|
| 1  CHRIS VAFINIS, Individually and on Behalf of All Other Persons Similarly Situated,<br>2<br>3              Plaintiff,<br>4       v.<br>5  VELTI PLC, ALEX MOUKAS, WILSON W. CHEUNG, and JEFFREY G. ROSS,<br>6<br>              Defendants.<br>7 | Case No. 4:13-cv-03954-YGR<br><br>Dept.: Courtroom 5, 2nd Floor<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Complaint Filed: August 26, 2013 |
| 7  HAN LEE, Individually and On Behalf Of All Others Similarly Situated,<br>8<br>9              Plaintiff,<br>10       v.<br>11  VELTI PLC, ALEX MOUKAS, WILSON W. CHEUNG, and JEFFREY G. ROSS,<br>12<br>              Defendants.<br>13 | Case No. 3:13-cv-04140-SI<br><br>Dept.: Courtroom 10, 19th Floor<br>Judge: Honorable Susan Illston<br>Complaint Filed: September 6, 2013 |
| 13  RAYMUND MANABAT, Individually and on Behalf of All Others Similarly Situated,<br>14<br>15              Plaintiff,<br>16  VELTI PLC, ALEX MOUKAS, WILSON W. CHEUNG, JEFFREY G. ROSS,<br>17  WINNIE W. TSO, CHRIS KASKAVELIS, DAVID W. MANN, DAVID C. HOBLEY,<br>18  JERRY GOLDSTEIN, NICHOLAS P. NEGROPONTE, JEFFERIES &<br>19  COMPANY, INC., RBC CAPITAL MARKETS, LLC, NEEDHAM &<br>20  COMPANY, LLC, CANACCORD GENUITY INC., and THINKEQUITY LLC,<br>21<br>              Defendants. | Case No. 3:13-cv-04606-JSC<br><br>Dept.: Courtroom F, 15th Floor<br>Magistrate Judge: Jacqueline Scott Corley<br>Complaint Filed: October 4, 2013 |

[3:13-cv-03889-WHO]  NOTICE OF APPEARANCE OF ANTHONY D. PHILLIPS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Anthony D. Phillips of Berman DeValerio, One California Street, Suite 900, San Francisco, CA 94111, Telephone: (415) 433-3200, Facsimile: (415) 433-6382, Email: aphillips@bermandevalerio.com, hereby appears in this action on behalf of Movants the Public Pension Funds (an investor group comprised of St. Paul Teachers' Retirement Fund Association, the Oklahoma Firefighters Pension and Retirement System, and the Newport News Employees' Retirement Fund).

Dated: November 14, 2013             Respectfully submitted,

By:   */s/ Anthony D. Phillips*
           Anthony D. Phillips

Christopher T. Heffelfinger
Nicole Lavallee Anthony D. Phillips
One California Street, Suite 900
San Francisco, CA  94111
Telephone: (415) 433-3200
Facsimile:  (415) 433-6282
Email: cheffelfinger@bermandevalerio.com
           nlavallee@bermandevalerio.com
           aphillips@bermandevalerio.com

Christopher J. Keller
Eric J. Belfi
Michael W. Stocker
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477
Email: ckeller@labaton.com
           ebelfi@labaton.com
           mstocker@labaton.com

*Proposed Co-Lead Counsel for the Class
and Co-Counsel for Proposed Lead Plaintiff
the Public Pension Funds*