CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

__**MATTHEW CHRISTOPHER MOEHLMAN**__ , Bar # __**MM4357**__

was duly admitted to practice in this Court on

__**MARCH 30th, 2010**__ , and is in good standing as a member of the Bar of this Court.

Dated at <u>New York, New York</u>  
500 Pearl Street  
on __**NOVEMBER 19th, 2013**__

__Ruby J. Krajick__  
Clerk

by _(signature) Wayne Brown_  
Deputy Clerk