1  Reed R. Kathrein (139304)
   Peter E. Borkon (212596)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
3  Berkeley, CA 94710
   Telephone: (510) 725-3000
4  Facsimile: (510) 725-3001
   reed@hbsslaw.com
5  peterb@hbsslaw.com

6  *Attorneys for Plaintiffs*

7  [Additional counsel listed on signature page]

8

9                          UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIKA R. RIECKBORN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VELTI, PLC, ALEX MOUKAS, WILSON W. CHEUNG, and JEFFREY G. ROSS,<br><br>Defendants. | No. 13-cv-3889 WHO<br><br>**CERTIFICATION OF INTERESTED PARTIES PURSUANT TO CIVIL LOCAL RULE 3-16**<br><br>Date: November 27, 2013<br>Time: 2:00 p.m.<br>Dept: Courtroom 2, 17th Floor<br>Judge: Hon. Wiliam H. Orrick |
| CHRIS VAFINIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VELTI, PLC, ALEX MOUKAS, WILSON W. CHEUNG, and JEFFREY G. ROSS,<br><br>Defendants. | No. 13-cv-3954 YGR |

010401-11  647515 V1

| | | |
|---|---|---|
| HAN LEE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 13-cv-4140 SI |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| VELTI, PLC, ALEX MOUKAS, WILSON W. CHEUNG, and JEFFREY G. ROSS, | ) ) ) | |
| Defendants. | ) ) ) ) ) ) | |
| RAYMOND MANABAT, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 13-cv-4606 JSC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| VELTI, PLC, ALEX MOUKAS, WILSON W. CHEUNG, JEFFREY G. ROSS, WINNIE W. TSO, CHRIS KASKAVELIS, DAVID W. MANN, DAVID C. HOBLEY, JERRY GOLDSTEIN, NICHOLAS P. NEGROPONTE, JEFFRIES & COMPANY, INC., RBC CAPITAL MARKETS, LLC, NEEDHAM & COMPANY, LLC, CANACCORD GENUITY INC., and THINKEQUITY LLC, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

010401-11  647515 V1

1  Pursurant to Civle Local Rule 3-16, the undersigned certifies that, as of this date, other than
2  the named parties or movants there is no interest, as defined in subparagraph (b)(1), to report.
3
4  Dated: November 26, 2013              HAGENS BERMAN SOBOL SHAPIRO LLP
5                                        By:  ⎯⎯⎯⎯/s/ Reed R. Kathrein⎯⎯⎯⎯
                                                    REED R. KATHREIN
6
7                                        Peter E. Borkon (212596)
                                         715 Hearst Avenue, Suite 202
8                                        Berkeley, CA 94710
                                         Telephone: (510) 725-3000
9                                        Facsimile: (510) 725-3001
                                         reed@hbsslaw.com
10                                       peterb@hbsslaw.com
11
                                         Steve Berman
12                                       HAGENS BERMAN SOBOL SHAPIRO, LLP
                                         1918 Eighth Avenue, Suite 3300
13                                       Seattle, WA 98101
                                         Telephone: (206) 623-7292
14                                       Facsimile: (206) 623-0594
                                         steve@hbsslaw.com
15
16                                       *Attorneys for Proposed Lead Plaintiffs*
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATION OF INTERESTED PARTIES PURSUANT TO    - 1 -
CIVIL L.R. 3-16 – NO. 13-cv-3889 WHO

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2013, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                                  /s/ Reed R. Kathrein
                                                  REED R. KATHREIN

010401-11  647515 V1