| | |
|---|---|
| 1 | Reed R. Kathrein (139304) |
| | Peter E. Borkon (212596) |
| 2 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 715 Hearst Avenue, Suite 202 |
| 3 | Berkeley, CA 94710 |
| | Telephone: (510) 725-3000 |
| 4 | Facsimile: (510) 725-3001 |
| | reed@hbsslaw.com |
| 5 | peterb@hbsslaw.com |
| 6 | *Attorneys for Proposed Lead Plaintiffs* |
| 7 | [Additional counsel listed on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIKA R. RIECKBORN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VELTI, PLC, ALEX MOUKAS, WILSON W. CHEUNG, and JEFFREY G. ROSS,<br><br>Defendants. | No. 13-cv-3889 WHO<br><br>CERTIFICATE OF REED R. KATHREIN PURSUANT TO LOCAL RULE 3-7 (d)<br><br>Date: November 27, 2013<br>Time: 9:00 a.m.<br>Dept: Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick |
| CHRIS VAFINIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VELTI, PLC, ALEX MOUKAS, WILSON W. CHEUNG, and JEFFREY G. ROSS,<br><br>Defendants. | No. 13-cv-3954 YGR |

| | |
|---|---|
| HAN LEE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VELTI, PLC, ALEX MOUKAS, WILSON W. CHEUNG, and JEFFREY G. ROSS,<br><br>Defendants. | No. 13-cv-4140 SI |
| RAYMOND MANABAT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>VELTI, PLC, ALEX MOUKAS, WILSON W. CHEUNG, JEFFREY G. ROSS, WINNIE W. TSO, CHRIS KASKAVELIS, DAVID W. MANN, DAVID C. HOBLEY, JERRY GOLDSTEIN, NICHOLAS P. NEGROPONTE, JEFFRIES & COMPANY, INC., RBC CAPITAL MARKETS, LLC, NEEDHAM & COMPANY, LLC, CANACCORD GENUITY INC., and THINKEQUITY LLC,<br><br>Defendants. | No. 13-cv-4606 JSC |

**CERTIFICATE PURSUANT TO LOCAL RULE 3-7 (d)**

Pursuant to Northern District Local Rule 3-7 (d), I, Reed R. Kathrein, declare as follows:

I do not directly own or otherwise have beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto. Executed this 26th day of November, 2013, at Berkeley, California.

                                                                /s/ Reed R. Kathrein

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2013, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

      /s/ Reed R. Kathrein
      REED R. KATHREIN