# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** November 27, 2013 | **Time:** 21 minutes<br>9:08 a.m. to 9:29 a.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 13-cv-03889-WHO | **Case Name:** Rieckborn v. Velti plc | |

**Attorney for Plaintiff:** Kathleen Herkenhoff, Christopher Nelson, Reed R. Kathrein, Christopher T. Heffelfinger, and Danielle S. Myers
**Attorney for Defendant:** Boris Feldman and Cynthia A. Dy

**Deputy Clerk:** Jean Davis          **Court Reporter:** FTR Recording

## PROCEEDINGS

The Motions to Consolidate Cases, being unopposed, are GRANTED. Argument heard as to competing motions for appointment of lead plaintiff. Motions taken under submission; written order to follow.