1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIKA R. RIECKBORN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VELTI PLC, et al.,<br><br>Defendants. | Case No. 3:13-cv-03889-WHO<br><br><u>CLASS ACTION</u><br><br>ORDER GRANTING NOTICE OF WITHDRAWAL OF COUNSEL |

1  Upon consideration of Notice of Request for Withdrawal as Counsel, and for good cause
2  shown, it is HEREBY ORDERED THAT Darren J. Robbins, Shawn A. Williams and Danielle S.
3  Myers of Robbins Geller Rudman & Dowd LLP are hereby withdrawn as counsel for record.  The
4  clerk is directed to remove Robbins Geller Rudman & Dowd LLP from the docket, along with the
5  above-named attorneys.
6  IT IS SO ORDERED.
7  DATED:  December 10, 2013

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

Submitted by:

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DANIELLE S. MYERS


     s/ Danielle S. Myers
     DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

C:\Users\SarahM\AppData\Local\Temp\u1o4yrjx\Velti proposed order.docx

PROPOSED ORDER GRANTING NOTICE OF WITHDRAWAL- 3:13-cv-03889-WHO         - 1 -