UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re VELTI PLC SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Case No. 13-cv-03889-WHO<br><br>Consolidated with Case Nos.<br><br>13-cv-03954-WHO<br>13-cv-04140-WHO<br>13-cv-04606-WHO<br>14-cv-00372-WHO |

**FINAL ORDER AND JUDGMENT**

Pursuant to the Order on Motions to Dismiss Second Amended Consolidated Complaint, Dkt. No. 222, and plaintiffs' Notice of Intent Not to File a Third Amended Complaint, Dkt. No. 223, judgment in these consolidated actions is entered for defendants and against plaintiffs.

**IT IS SO ORDERED**.

Dated: November 3, 2015



WILLIAM H. ORRICK
United States District Judge