|  |  |
|---|---|
|  | FILED |
| UNITED STATES COURT OF APPEALS | APR 04 2016 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| In re: VELTI PLC SECURITIES LITIGATION, | No. 15-17398 |
| BOBBY YADEGAR; et al., | D.C. Nos. 3:13-cv-03889-WHO<br>3:13-cv-03954-WHO<br>3:13-cv-04140-WHO |
| Plaintiffs - Appellants, | 3:13-cv-04606-WHO<br>3:14-cv-00372-WHO |
| v. | Northern District of California, San Francisco |
| JEFFERIES, LLC; et al., | |
| Defendants - Appellees. | ORDER |

The parties' stipulation to voluntarily dismiss this appeal without prejudice is granted with a slight modification. This appeal will be reinstated on one of the following two conditions: 1) the District Court does not enter an order approving the parties' settlement, or 2) the District Court enters such a final order of approval, but the order is appealed by a non-party to this appeal. Notice of Reinstatement shall be made in this court within 28 days of the entry of an order in condition 1, and within 28 days of the filing of a Notice of Appeal in condition 2.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Claudia L. Bernard
Chief Circuit Mediator

clb/mediation